IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY ANN BECTON                                                    PLAINTIFF

V.                         NO. 3:07CV00099 JLH

CELADON TRUCKING SERVICES, INC.
and THOMAS HUGHES                                                  DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Upon joint motion of counsel for Plaintiff and Defendants, and it appearing to the Court that the above-referenced matter has been settled, same is hereby dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: _____

APPROVED AS TO FORM:

_____
B. MICHAEL EASLEY
Attorney for Plaintiff

_____
JAMES W. TILLEY
Attorney for Defendants